AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No. 1:17-sw- 677
6412 Backlick Road, Room 520, Springfield, Virginia, which is )
a hotel room located at a Residence Inn Hotel by Marriott )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Virginia
*(identify the person or describe the property to be searched and give its location):*
See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   October 20, 2017
                                                               *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
The Honorable Theresa Carroll Buchanan         .
            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
                                     ☐ until, the facts justifying, the later specific date of /s/ _____.
                                                              Theresa Carroll Buchanan
                                                              United States Magistrate Judge
Date and time issued: 10/6/2017 _____
                                                              *Judge's signature*

City and state:   Alexandria, VA   _____   Hon. Theresa Carroll Buchanan, United States Magistrate Judge
                                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:17sw 677 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is 6412 Backlick Road, Room 520, Springfield, Virginia (the "PREMISES"). The PREMISES is described as a hotel room located on the fifth floor of a Residence Inn Hotel by Marriott. The numbers "520" is affixed vertically in silvery numbers to a brown wooden mailbox in front of the PREMISES.



# **ATTACHMENT B**

*Property to be seized*

The items to be seized are fruits, evidence, records and information relating to, contraband, or instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) and 846(a) (distribution and possession with intent to distribute methamphetamine, and conspiracy to distribute methamphetamine), including, but not limited to:

a) Illegal narcotics and drugs, in particular methamphetamine, a Schedule II controlled substance;

b) United States currency derived from the sale of controlled substances;

c) Money ledgers, and other documents noting the price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold or concealed, or money was possessed or transferred;

d) Bank statements and records, which might reflect the proceeds generated from the sale of controlled substances;

e) Indicia of control, or ownership of the premises and things described in this warrant, such as utility bills, telephone bills, loan payment receipts, canceled envelopes and keys, photographs, and bank records;

f) Firearms and ammunition; and

g) Cellular phones, computers, and other electronic storage media or digital devices.